No. 1176.  SOCIETA ANONIMA COOPERATIVA DI NAVIGAZIONE GARIBALDI *v.* UNITED STATES ET AL.;

No. 1177.  "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.;

No. 1178.  "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.; and

No. 1179.  "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.  June 10, 1946.  Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Homer L. Loomis* for petitioners.  *Solicitor General McGrath* and *Raoul Berger* filed a memorandum for the United States and the Alien Property Custodian.

No. 1223.  LOOMIS *v.* UNITED STATES ET AL.  June 10, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Homer L. Loomis, pro se.*  *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney, David Schwartz* and *Raoul Berger* for respondents.